# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROMULO M. FRAGOSO & SHARON L. FRAGOSO  Case Number: 05-73251
1004 WEST TWELFTH STREET    SSN-xxx-xx-9490 & xxx-xx-3840
BELVIDERE, IL  61008

Case filed on: 6/28/2005
Plan Confirmed on: 10/28/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $32,470.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 201 | CHASE AUTO FINANCE AZ1-1191 | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ROMULO M. FRAGOSO | 0.00 | 0.00 | 70.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 70.00 | 0.00 |
| 001 | JP MORGAN CHASE BANK NA/BANK ONE | 19,347.09 | 7,480.04 | 7,480.04 | 3,916.14 |
| 002 | FORD MOTOR CREDIT CORP | 12,000.00 | 12,000.00 | 12,000.00 | 3,015.74 |
| 003 | WELLS FARGO BANK N.A. | 2,341.13 | 2,300.00 | 2,300.00 | 0.00 |
|  | Total Secured | 33,688.22 | 21,780.04 | 21,780.04 | 6,931.88 |
| 001 | JP MORGAN CHASE BANK NA/BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 725.53 | 725.53 | 9.17 | 0.00 |
| 004 | ASPIRE VISA | 3,598.44 | 3,598.44 | 45.49 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 7,483.03 | 7,483.03 | 94.59 | 0.00 |
| 006 | CAPITAL ONE | 582.76 | 582.76 | 7.37 | 0.00 |
| 007 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR GAS | 443.76 | 443.76 | 5.61 | 0.00 |
| 010 | LVNV FUNDING LLC | 2,880.34 | 2,880.34 | 36.41 | 0.00 |
| 011 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 15,713.86 | 15,713.86 | 198.64 | 0.00 |
|  | Grand Total: | 50,766.08 | 38,857.90 | 23,412.68 | 6,931.88 |

Total Paid Claimant:     $30,344.56
Trustee Allowance:       $2,125.44
Percent Paid Unsecured:    1.26

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　 /s/ Lydia S. Meyer
　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009            By  /s/Heather M. Fagan